UNITED STATES of America,
Plaintiff–Appellee,

v.

Dominic Manuel WILLIAMS, a.k.a.
Dom, a.k.a. Nic, Defendant–
Appellant.

No. 09–16396
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Oct. 29, 2010.

James Scott Byrne, Savannah, GA, for
Defendant–Appellant.

R. Brian Tanner, James C. Stuchell,
U.S. Attorney's Office, Savannah, GA, for
Plaintiff–Appellee.

Before TJOFLAT, CARNES and
HULL, Circuit Judges.

PER CURIAM:

James Scott Byrne, appointed counsel
for Dominic Manuel Williams, has filed a
motion to withdraw from further represen-
tation on appeal, supported by a brief pre-
pared pursuant to *Anders v. California*,
386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493
(1967). Our independent review of the
entire record reveals that counsel's assess-
ment of the relative merit of the appeal is
correct. Because independent examina-
tion of the entire record reveals no argu-
ably meritorious issues, counsel's motion to
withdraw is GRANTED, and Williams'
conviction and sentence are AFFIRMED.